No. 123.  EZRA ESHELBY ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM WATTS, JUDGE, ETC., ET AL.  In error to the Supreme

Court of the State of Minnesota. November 30, 1903. Dismissed with costs, on authority of counsel for plaintiffs in error. *Mr. Frank B. Kellogg* for plaintiffs in error. *Mr. H. Steenerson* for defendants in error.